[No. 19111-3-II.    Division Two.    October 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALLISON MAYO, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 94-1-00192-1, George L. Wood, J., entered January 31, 1996. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Turner and Armstrong, JJ.

[No. 19231-4-II.    Division Two.    October 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN LAMARR MAYS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-01270-3, Robert L. Harris, J., entered February 10, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Morgan, J.

[No. 19239-0-II.    Division Two.    October 11, 1996.]

PIERCE COUNTY HOUSING AUTHORITY, *Respondent*, v. MURREY'S DISPOSAL COMPANY, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-08056-9, Terry D. Sebring, J., entered February 21, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Morgan, J. Now published at 86 Wn. App. 138.

[No. 19417-1-II.    Division Two.    October 11, 1996.]

JAMES MARSH, *Respondent*, v. AMUND BRUCE TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-2-00660-7, Don L. McCulloch, J., entered April 17, 1995. *Affirmed in part and remanded* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Bridgewater, J.